# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., et al.,<br><br>                                Plaintiff,<br>   vs.<br>DAVID LYNCH,<br><br>                              Defendant. | CASE NO. 07cv0110 JM(LSP)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE |

The court hereby grants the parties' joint motion for dismissal of the action with prejudice. (Docket No. 8). The Clerk of Court is instructed to close the file.

**IT IS SO ORDERED.**

DATED: November 7, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:      All parties